FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

2009 MAR 19  P 2: 47

DISTRICT OF UTAH

BY:
DEPUTY CLERK

| | |
|---|---|
| STEVEN M. ROE,<br><br>                   Plaintiff,<br><br>vs.<br><br>OVERSTOCK.COM INC., et al.,<br><br>                   Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:09 CV 7 TC |

The court referred this case to Magistrate Judge Brooke C. Wells pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). On March 3, 2009, Judge Wells, in a very thorough Report and Recommendation, recommended that this case be DISMISSED under 28 U.S.C. 1915 and that Plaintiff's motions for service of process be DENIED.

The parties were given ten days to file objections to the Report and Recommendation and were cautioned that failure to file an objection could constitute waiver thereof upon subsequent review. Plaintiff filed an objection on March 11, 3009[1]. Plaintiff's objection does nothing to cure the infirmities of the complaint.

---

[1](Dkt. 11)

The court has carefully reviewed the Report and Recommendation[2] in this matter and relevant materials in the file and agrees with the recommendation of the Magistrate Judge. The Report and Recommendation is adopted as the order of the court. Plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted. Accordingly, Plaintiff's complaint is DISMISSED. Plaintiff's motions for service of process are DENIED.

IT IS SO ORDERED THIS 19th day of March, 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge

---

[2](Dkt. 10)